UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-22731-Civ-COOKE/TORRES

ALFONSO LOPEZ, and other
similarly situated individuals,

    Plaintiff,

vs.

EXPRESSWAY MOTORCARS, INC.,
a Florida profit corporation d/b/a
TOYOTA OF SOUTH FLORIDA,

    Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before me upon the parties' Agreement and General Release ("Settlement Agreement") and their Joint Motion to Approve the Settlement Agreement and General Release and to Dismiss the Lawsuit with Prejudice ("Joint Motion") (ECF No. 24). I have reviewed the Joint Motion, the record, and the fully executed Settlement Agreement in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

It is hereby **ORDERED and ADJUDGED** that the Joint Motion is **GRANTED** and the Settlement Agreement is **APPROVED**. This case is **DISMISSED** *with prejudice*. Each party shall bear his or its own fees and costs, except as provided in the Settlement Agreement. The Clerk is directed to **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 4th day of December 2015.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*